**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ENEYE GLORIA GBEDEE, As Administrator of the Estate of Emmanuel Kwame Gbedee Sr., | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 5:26-cv-00250-D |
| v. | ) ) ) | **NOTICE OF SPECIAL APPEARANCE** |
| UBER TECHNOLOGIES, INC. RASIER, LLC, | ) ) ) | |
| Defendants. | ) ) | |

Please take notice that the undersigned Imani N. Maatuka hereby enters a notice of special appearance as attorney for Plaintiff Eneye Gloria Gbedee, As Administrator of the Estate of Emmanuel Kwame Gbedee Sr. in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Catharine E. Edwards.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated:  April 20, 2026

Respectfully Submitted,

*/s/ Imani N. Maatuka*
Imani N. Maatuka
Texas Bar No. 24125653
Imani@maelaw.net
**MAATUKA AL-HEETI EMKES LLC**
1201 Elm Street
42nd Floor
Suite 4258
Dallas, Texas  75270
Tel.:  (214) 945-0169
Fax:  (217) 337-0707

*Attorney for Plaintiff*

Catharine E. Edwards
**EDWARDS BEIGHTOL LLC**
N.C. State Bar No. 52705
P.O. Box 6759
Raleigh, NC  27628
cee@eblaw.com
Phone:  (919) 636-5100
Local Civil Rule 83.1(d) Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties and/or their attorneys who have appeared in this action. The following entities have been served via First Class Mail:

Rasier, LLC
c/o CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615-6417

Uber Technologies, Inc.
c/o CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615-6417

*/s/ Imani N. Maatuka*
Imani N. Maatuka

2